NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAYMAR INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

v.

**CINCINNATI SUB-ZERO PRODUCTS, INC.,**
*Defendant-Appellant.*

---

2014-1174

---

Appeal from the United States District Court for the Western District of New York in No. 1:08-cv-00299-WMS-JJM, Chief Judge William Skretny.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to set the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Cincinnati Sub-Zero Products, Inc.'s principal brief is due December 19, 2014. Gaymar Industries, Inc.'s principal brief is due February 5, 2015,

Cincinnati Sub-Zero Products, Inc.'s reply brief is due February 24, 2015, and the appendix is due March 3, 2015.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court

s27